YANIVETH R., an Infant, by Her Mother and Natural Guardian, RAMONA S., et al., Appellants, v LTD REALTY Co. et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted January 11, 2016; decided January 14, 2016

Motion by New York City Housing Authority for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

YANIVETH R., an Infant, by Her Mother and Natural Guardian, RAMONA S., et al., Appellants, v LTD REALTY Co. et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted January 11, 2016; decided January 14, 2016

Motion by New York City Coalition to End Lead Poisoning et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

[45 NE3d 623, 24 NYS3d 583]

In the Matter of ROKHAYA CISSE, Appellant, v CHRISTOPHER GRAHAM, Respondent. (Proceeding No. 1.)

In the Matter of CHRISTOPHER GRAHAM, Respondent, v ROKHAYA CISSE, Appellant. (Proceeding No. 2.)

Argued January 7, 2016; decided January 14, 2016